| Source | Examples of the Jeep® Wrangler® |
|---|---|
| Source: FlatPyramid.com<br><br>Title: Jeep Wrangler Rubicon 10th Anniversary 2014 3D Model Automobile<br><br>URL: https://www.flatpyramid.com/3d-models/vehicles-3d-models/jeep-wrangler-rubicon-10th-anniversary-2014/<br><br>Last Visited: 5/3/2018 |  |
| Source:2040cars.com<br><br>Title: 2005 Jeep Wrangler Rubicon Sport Utility 2-Door<br><br>URL:http://www.2040-cars.com/jeep/Wrangler/2005-jeep-wrangler-rubicon-sport-utility-2-door-4-0l-422678/<br><br>Last Visited: 5/3/2018 |  |
| Source: Wheel-size.com<br><br>Title: Jeep Wrangler 2006 Allow Wheel Fitment Guide<br><br>URL: https://www.wheel-size.com/size/jeep/wrangler/2006/<br><br>Last Visited: 4/23/2018 |  |

1

| | |
|---|---|
| Source: Complexmania.com<br><br>Title: Jeep TJ Wrangler<br><br>URL: http://www.complexmania.com/jeep-tj-wrangler/<br><br>Last Visited: 4/23/2018 |  |
| Source: Autoevolution.com<br><br>Title: Jeep Wrangler 1996-2006<br><br>URL: https://www.autoevolution.com/cars/jeep-wrangler-1996.html#<br><br>Last Visited: 4/23/2018 |  |
| Source: Thecarconnection.com<br><br>Title: 2016 Jeep Wrangler Review<br><br>URL: https://www.thecarconnection.com/overview/jeep_wrangler_2016#image=100524961<br><br>Last Visited: 4/23/2018 |  |

2

Source: MotorTrend.com

Title: 2016 Jeep Wrangler

URL: http://www.motortrend.com/cars/jeep/wrangler/2016/#2016-jeep-wrangler-sport-suv-front-view

Last Visited: 4/23/2018



Source: BusinessInsider.com

Title: The all-new Jeep Wrangler is finally here

URL: http://www.businessinsider.com/2018-jeep-wrangler-details-2017-11

Last Visited: 4/23/2018



Source: Jeep.com

Title: 2018 Jeep Wrangler

URL: https://www.jeep.com/wrangler/gallery.html

Last Visited: 4/23/2018



3







| Source | Examples of FCA Authorized Merchandise |
|---|---|
| Source: Fisher-Price.Mattel.com<br><br>Title: Fisher-Price Power Wheels Tough Talking Jeep® Wrangler®<br><br>URL: https://fisher-price.mattel.com/shop/en-us/fp/power-wheels-jeep-vehicles/power-wheels-tough-talking-jeep-wrangler-ffr92<br><br>Last Visited: 4/23/2018 |  |
| Source: Gear.Jeep.com<br><br>Title: Bburago Junior Jeep® Wrangler My First Remote Controlled<br><br>URL: https://www.gear.jeep.com/product.asp?dept_id=481&pf_id=129H4<br><br>Last Visited: 6/6/2018 |  |
| Source: Amazon.com<br><br>Title: 1:24 W/B Special Edition Jeep® Wrangler® Rubicon<br><br>URL: https://www.amazon.com/New-SPECIAL-WRANGLER-RUBICON-Diecast/dp/B01I16TQYK<br><br>Last Visited: 4/23/2018 |  |

1

| | |
|---|---|
| Source: Amazon.com<br><br>Title: Matchbox Jeep® Wrangler® Die-cast<br><br>URL: https://www.amazon.com/MATCHBOX-ANNIVERSARY-WRANGLER-DIE-CAST-Matchbox/dp/B01FH513IA<br><br>Last Visited: 4/23/2018 |  |
| Source: Gear.Jeep.com<br><br>Title: Jeep® Advertising Collection Puzzle<br><br>URL: https://www.gear.jeep.com/product.asp?dept_id=481&pf_id=123Y6<br><br>Last Visited: 4/23/2018 |  |
| Source: Kmart.com<br><br>Title: Elvis Presley Jeep® CJ Sierra Blue (1:43 Scale)<br><br>URL: http://www.kmart.com/greenlight-1963-jeep-cj5-sierra-blue-elvis-presley/p-SPM8797882626<br><br>Last Visited: 4/23/2018 |  |

2

Source: Walmart.com

Title: GreenLight Lost Jeep® CJ-7 "Dharma" Jeep® Item 86309 (1:43 Scale) Die-Cast Vehicle, Blue

URL: https://www.walmart.com/ip/GREENLIGHT-1-43-HOLLYWOOD-LOST-TV-SERIES-2004-10-1977-DHARMA-JEEP

Last Visited: 4/23/2018



Source: RileyBlakeDesigns.com

Title: J Is For Jeep® Brand Jeeps Gray

URL: https://www.rileyblakedesigns.com/j-is-for-jeep-brand/j-is-for-jeep-brand-jeeps-gray/

Last Visited: 6/6/2018



3

| | |
|---|---|
| Source: RileyBlakeDesigns.com<br><br>Title: J Is For Jeep® Brand Main Blue<br><br>URL: https://www.rileyblakedesigns.com/j-is-for-jeep-brand/j-is-for-jeep-brand-main-blue/<br><br>Last Visited: 6/6/2018 |  |
| Source: Walmart.com<br><br>Title: Little Tikes Jeep Wrangler Toddler to Twin Convertible Bed<br><br>URL: https://www.walmart.com/ip/Little-Tikes-Jeep-Wrangler-Toddler-to-Twin-Convertible-Bed<br><br>Last Visited: 6/6/2018 |  |

4

Source: Jeep-Outfitter.com

Title: T-Shirt Side Willys J7S

URL: https://www.jeep-outfitter.com/en_us/t-shirt-side-willys-j7s/

Last Visited: 6/6/2018



Source: Jeep-Outfitter.com

Title: T-Shirt Side Willys J8S

URL: https://www.jeep-outfitter.com/en_us/t-shirt-side-willys-j8s/

Last Visited: 6/6/2018



5

| | |
|---|---|
| Source: Gear.Jeep.com<br><br>Title: Jeep® Since 1941 Tin Sign<br><br>URL:https://www.gear.jeep.com/product.asp?dept_id=483&pf_id=127W2<br><br>Last Visited: 6/6/2018 |  |
| Source: Gear.Jeep.com<br><br>Title: Jeep® Decal Package<br><br>URL:https://www.gear.jeep.com/product.asp?dept_id=483&pf_id=12CJJ<br><br>Last Visited: 6/6/2018 |  |
| Source: Tervis.com<br><br>Title: Jeep® Brand – All Over Pattern<br><br>URL: https://www.tervis.com/jeep-brand-all-over-pattern-24oz-water-bottle-1269536.html<br><br>Last Visited: 6/6/2018 |  |

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 526,175
Registered June 13, 1950
Renewal Approved Aug. 9, 1990

## TRADEMARK
## PRINCIPAL REGISTER

## JEEP

CHRYSLER CORPORATION (DELA-
WARE CORPORATION)
12000 CHRYSLER DRIVE
HIGHLAND PARK, MI 48203, ASSIGNEE
BY ASSIGNMENT, MERGER AND
CHANGE OF NAME WILLYS-OVER-
LAND MOTORS, INC. (DELAWARE
CORPORATION) TOLEDO, OH

SEC. 2(F).

FOR: AUTOMOBILES AND STRUC-
TURAL PARTS THEREOF, IN CLASS 19
(INT. CL. 12).

FIRST USE 11–20–1940; IN COMMERCE
2–5–1943.

SER. NO. 71–458,520, FILED 2–13–1943.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 18, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

154

Case 5:18-cv-02256-JAK-SP   Document 1-9   Filed 10/22/18   Page 13 of 62   Page ID #:60



une 13, 1950                                    Registration No. 526,175

## PRINCIPAL REGISTER
## Trade-Mark

# UNITED  STATES  PATENT  OFFICE

### Willys-Overland Motors, Inc., Toledo, Ohio

#### Act of 1946

Original filed, act of 1905, February 13, 1943;
amended to application under act of 1946, Prin-
cipal Register, December 10, 1948, Serial No.
458,520



**(Statement)**

Willys-Overland Motors, Inc., a corporation
duly organized under the laws of the State of
Delaware and located in the city of Toledo, county
of Lucas, and State of Ohio, and doing business
at Wolcott Boulevard, in said city, has adopted
and used the trade-mark shown in the accom-
panying drawing, for AUTOMOBILES AND
STRUCTURAL PARTS THEREOF, in Class 19,
Vehicles, and presents herewith five (5) facsim-
iles showing the trade-mark as actually used in
connection with such goods, the trade-mark being
applied to the goods by stamping, stenciling, etch-
ing, embossing, recessing or printing the same in
the front and rear bumpers, in the forward por-
tion of the vehicle hood, on the instrument panel,
on the horn button, on the structural parts and
accessories, and on the cartons or containers
therefor, and requests that the same be registered
in the United States Patent Office on the Princi-
pal Register in accordance with section 2(f) of
the act of July 5, 1946. The claim of distinctive-
ness is based on the allegation of substantially ex-
clusive and continuous use included in the accom-
panying declaration and on additional evidence
separately submitted.

The trade-mark was first used about Novem-
ber 20, 1940, and first used in commerce among
the several States which may lawfully be regu-
lated by Congress on February 5, 1943.

**(Declaration)**

Milton McCreery, being duly sworn, deposes
and says that he is the secretary of Willys-Over-
land Motors, Inc., the applicant named in the
foregoing statement; that he believes that said
corporation is the owner of the trade-mark which
is in use in commerce among the several States
and with foreign nations, and that no other per-
son, firm, corporation or association, to the best
of his knowledge and belief, has the right to use
such trade-mark in commerce, which may law-
fully be regulated by commerce, either in the
identical form thereof, or in such near resem-
blance thereto as might be calculated to deceive;
that the drawing and description in said appli-
cation truly represent the trade-mark sought to
be registered; that the facsimiles show the trade-
mark as actually used in connection with the
goods; that the facts set forth in the statement
are true, and that a claim of distinctiveness is
based on substantially exclusive and continuous
use of the mark by the applicant for the period of
five years next preceding the filing of the appli-
cation in commerce which may lawfully be regu-
lated by Congress.

WILLYS-OVERLAND MOTORS, INC.,
By MILTON McCREERY,
*Secretary.*



Exhibit G - Page 056



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| Word Mark | JEEP |
| Goods and Services | IC 012. US 019. G & S: AUTOMOBILES AND STRUCTURAL PARTS THEREOF. FIRST USE: 19401120. FIRST USE IN COMMERCE: 19430205 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | **71458520** |
| Filing Date | February 13, 1943 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Date Amended to Current Register | December 10, 1948 |
| Registration Number | 0526175 |
| Registration Date | June 13, 1950 |
| Owner | (REGISTRANT) WILLYS-OVERLAND MOTORS, INC. CORPORATION DELAWARE WOLCOTT BLVD. TOLEDO OHIO |
| | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Amanda L. Conti-Duhaime |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL-2(F) |
| Affidavit Text | SECT 15. SECTION 8(10-YR) 20100123. |
| Renewal | 3RD RENEWAL 20100123 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 37

Prior U.S. Cl.: 103

**United States Patent Office**

Reg. No. 1,081,322
Registered Jan. 3, 1978

## SERVICE MARK
### Principal Register

# JEEP

Jeep Corporation (Nevada corporation)
27777 Franklin Road
Southfield, Mich.   48076

For: AUTOMOTIVE VEHICLE REPAIR AND MAINTENANCE SERVICE, in CLASS 37 (U.S. CL. 103).

First use in or before 1948; in commerce in or before 1948.

Owner of Reg. Nos. 526,175, 550,602, and 1,025,450.

Ser. No. 87,711, filed May 19, 1976.

FREDRIC GUSHIN, Examiner



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 037. US 103. G & S: AUTOMOTIVE VEHICLE REPAIR AND MAINTENANCE SERVICE. FIRST USE: 19480000. FIRST USE IN COMMERCE: 19480000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73087711 |
| **Filing Date** | May 19, 1976 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **1081322** |
| **Registration Date** | January 3, 1978 |
| **Owner** | (REGISTRANT) JEEP CORPORATION CORPORATION NEVADA 27777 FRANKLIN ROAD SOUTHFIELD MICHIGAN 48076 |
| | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE CIMS 483-02-19 1000 Chrysler Drive AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Amanda L. Conti-Duhaime |
| **Prior Registrations** | 0526175;0550602;1025450 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20171223. |
| **Renewal** | 2ND RENEWAL 20171223 |
| **Live/Dead Indicator** | LIVE |

Int. Cl.: 16

U.S. Cls.: 22 and 38

## U.S. Patent and Trademark Office

Reg. No. 1,129,553

Reg. Jan. 22, 1980

## TRADEMARK
### Principal Register

## JEEP

Jeep Corporation (Nevada corporation)
American Ctr.
27777 Franklin Rd.
Southfield, Mich. 48034

For: Booklets Dealing with Automobiles; Catalogs; and Playing Cards —in Class 16. (U.S. Cls. 22 and 38).
First use Mar. 29, 1974; in commerce Mar. 29, 1974.
Owner of U.S. Reg. Nos. 526,175, 1,025,450 and others.

Ser. No. 179,481. Filed July 24, 1978.

CHARLES J. CONDRO, Examiner



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: BOOKLETS DEALING WITH AUTOMOBILES; CATALOGS [ ; AND PLAYING CARDS ]. FIRST USE: 19740329. FIRST USE IN COMMERCE: 19740329 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73179481 |
| **Filing Date** | July 24, 1978 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **1129553** |
| **Registration Date** | January 22, 1980 |
| **Owner** | (REGISTRANT) JEEP CORPORATION CORPORATION NEVADA AMERICAN CTR. 27777 FRANKLIN RD. SOUTHFIELD MICHIGAN 48034

(LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | WILLIAM J. COUGHLIN |
| **Prior Registrations** | 0526175;1025450;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091207. |
| **Renewal** | 2ND RENEWAL 20091207 |
| **Live/Dead** | |

**Indicator**        LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

Reg. No. 1,236,540
Registered May 3, 1983

## TRADEMARK
### Principal Register

## JEEP

Jeep Corporation (Nevada corporation)
American Center
27777 Franklin Rd.
Southfield, Mich. 48034

For: TOYS—NAMELY, MODEL REPLICAS OF LAND VEHICLES, in CLASS 28 (U.S. Cl. 22).

First use 1979; in commerce 1979.

Owner of U.S. Reg. Nos. 526,175, 1,134,153 and others.

Ser. No. 371,202, filed Jun. 23, 1982.

SUSAN A. RICHARDS, Examining Attorney



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 028. US 022. G & S: Toys-Namely, Model Replicas of Land Vehicles. FIRST USE: 19790000. FIRST USE IN COMMERCE: 19790000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73371202 |
| **Filing Date** | June 23, 1982 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 8, 1983 |
| **Registration Number** | **1236540** |
| **Registration Date** | May 3, 1983 |
| **Owner** | (REGISTRANT) Jeep Corporation CORPORATION NEVADA American Center 27777 Franklin Rd. Southfield MICHIGAN 48034 |
| | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 0526175;1134153;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20121116. |
| **Renewal** | 2ND RENEWAL 20121116 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**Reg. No. 2,586,284**

## United States Patent and Trademark Office

Registered June 25, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## JEEP

DAIMLERCHRYSLER CORPORATION (DELA-
    WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 483262766

OWNER OF U.S. REG. NOS. 1,130,032, 2,061,446,
AND OTHERS.

FOR: VEHICLES, NAMELY INFANT AND TOD-
DLER STROLLERS, IN CLASS 12 (U.S. CLS. 19, 21, 23,
31, 35 AND 44).

SN 76-075,896, FILED 6-23-2000.

FIRST USE 2-28-2001; IN COMMERCE 2-28-2001.

WON TEAK OH, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# JEEP

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: vehicles, namely infant and toddler strollers. FIRST USE: 20010228. FIRST USE IN COMMERCE: 20010228 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76075896 |
| **Filing Date** | June 23, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 28, 2001 |
| **Registration Number** | **2586284** |
| **Registration Date** | June 25, 2002 |
| **Owner** | (REGISTRANT) DAIMLERCHRYSLER CORPORATION CORPORATION DELAWARE 1000 Chrysler Drive Auburn Hills MICHIGAN 483262766 |
| | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1130032;1130921;1134153;1236540;1841351;2061446;AND OTHERS |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120226. |
| **Renewal** | 1ST RENEWAL 20120226 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32, and 50

**United States Patent and Trademark Office**

Reg. No. 2,729,404
Registered June 24, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## JEEP

DAIMLER CHRYSLER CORPORATION (DELA-
 WARE CORPORATION)
800 CHRYSLER DRIVE CIMS 483-02-19
AUBURN HILLS, MI 483262757 BY CHANGE OF
 NAME CHRYSLER CORPORATION (DELA-
 WARE CORPORATION) AUBURN HILLS, MI
 483262766

 FOR: SLEEPING BAGS AND BEDS ALL FOR USE
WHEN CAMPING , IN CLASS 20 (U.S. CLS. 2, 13, 22,
25, 32 AND 50).

FIRST USE 8-1-2002; IN COMMERCE 8-1-2002.

OWNER OF U.S. REG. NO. 1,841,351.

SN 75-529,123, FILED 7-31-1998.

MARTHA SANTOMARTINO, EXAMINING ATTOR-
 NEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 020. US 002 013 022 025 032 050. G & S: sleeping bags [ and beds all ] for use when camping. FIRST USE: 20020801. FIRST USE IN COMMERCE: 20020801 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75529123 |
| **Filing Date** | July 31, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 3, 1999 |
| **Registration Number** | **2729404** |
| **Registration Date** | June 24, 2003 |
| **Owner** | (REGISTRANT) DAIMLER CHRYSLER CORPORATION CORPORATION DELAWARE 800 CHRYSLER DRIVE CIMS 483-02-19 AUBURN HILLS MICHIGAN 483262757 |
| | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DONNA L BERRY |
| **Prior Registrations** | 1841351 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20131205. |
| **Renewal** | 1ST RENEWAL 20131205 |
| **Live/Dead Indicator** | LIVE |

Exhibit G - Page 069

Int. Cl.: 22

Prior U.S. Cls.: 1, 2, 7, 19, 22, 42, and 50

**United States Patent and Trademark Office**

Reg. No. 2,635,685
Registered Oct. 15, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## JEEP

DAIMLER CHRYSLER CORPORATION (DELA-WARE CORPORATION)
800 CHRYSLER DRIVE
CIMS 483-02-19
AUBURN HILLS, MI 483262757 BY CHANGE OF NAME CHRYSLER CORPORATION (DELA-WARE CORPORATION) AUBURN HILLS, MI 483262766

FOR: TENTS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 6-7-2002; IN COMMERCE 6-7-2002.

OWNER OF U.S. REG. NOS. 526,175, 2,061,446, AND OTHERS.

SN 75-529,121, FILED 7-31-1998.

LESLIE RICHARDS, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 022. US 001 002 007 019 022 042 050. G & S: tents. FIRST USE: 20020607. FIRST USE IN COMMERCE: 20020607 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75529121 |
| **Filing Date** | July 31, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 13, 1999 |
| **Registration Number** | **2635685** |
| **Registration Date** | October 15, 2002 |
| **Owner** | (REGISTRANT) Daimler Chrysler Corporation CORPORATION DELAWARE 800 Chrysler Drive CIMS 483-02-19 Auburn Hills MICHIGAN 483262757 |
| | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Amanda L.Conti-Duhaime |
| **Prior Registrations** | 0526175;2061446;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120625. |
| **Renewal** | 1ST RENEWAL 20120625 |
| **Live/Dead Indicator** | LIVE |

Int. Cl.: 21

U.S. Cl.: 2

Reg. No. 1,134,153

## U.S. Patent and Trademark Office

Reg. Apr. 29, 1980

## TRADEMARK
### Principal Register

## JEEP

Jeep Corporation (Nevada corporation)
American Center
27777 Franklin Rd.
Southfield, Mich. 48034

For: Small Domestic Utensils and Containers (Not of Precious Metals, or Coated Therewith); Combs and Sponges; Brushes (Other Than Paint Brushes); Instruments and Material for Cleaning Purposes; Glassware, Porcelain and Earthenware, Not Included in Other Classes —in Class 21. (U.S. Cl. 2).

First use Mar. 29, 1974; in commerce Mar. 29, 1974.

Owner of U.S. Reg. Nos. 1,081,322, 526,175 and others.

Ser. No. 180,458. Filed July 31, 1978.

PAUL FAHRENKOPF, Examiner

Exhibit G - Page 072



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: SMALL DOMESTIC UTENSILS AND CONTAINERS (NOT OF PRECIOUS METALS, OR COATED THEREWITH); [ COMBS AND SPONGES; BRUSHES (OTHER THAN PAINT BRUSHES); INSTRUMENTS AND MATERIAL FOR CLEANING PURPOSES; ] GLASSWARE [, PORCELAIN AND EARTHENWARE, NOT INCLUDED IN OTHER CLASSES ]. FIRST USE: 19740329. FIRST USE IN COMMERCE: 19740329 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73180458 |
| **Filing Date** | July 31, 1978 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1134153 |
| **Registration Date** | April 29, 1980 |
| **Owner** | (REGISTRANT) JEEP CORPORATION CORPORATION NEVADA AMEERICAN CENTER 27777 FRANKLIN RD. SOUTHFIELD MICHIGAN 48034 |
| | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | WILLIAM J COUGHLIN |
| **Prior Registrations** | 0526175;1081322;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091023. |

**Renewal**      2ND RENEWAL 20091023

**Live/Dead
Indicator**      LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 8

U.S. Cl.: 23

Reg. No. 1,129,828

## U.S. Patent and Trademark Office

Reg. Jan. 29, 1980

## TRADEMARK
### Principal Register

## JEEP

Jeep Corporation (Nevada corporation)
American Ctr.
27777 Franklin Rd.
Southfield, Mich. 48034

For: Hand Tools and Instruments—Namely, Knives, Forks, and Spoons —in Class 8. (U.S. Cl. 23).

First use Mar. 29, 1974; in commerce Mar. 29, 1974.

Owner of U.S. Reg. Nos. 526,175, 1,025,450 and others.

Ser. No. 179,676. Filed July 25, 1978.

CHARLES J. CONDRO, Examiner



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| Word Mark | JEEP |
|---|---|
| Goods and Services | IC 008. US 023 028 044. G & S: HAND TOOLS AND INSTRUMENTS-NAMELY, KNIVES, [ FORKS, AND SPOONS ]. FIRST USE: 19740329. FIRST USE IN COMMERCE: 19740329 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73179676 |
| Filing Date | July 25, 1978 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Registration Number | **1129828** |
| Registration Date | January 29, 1980 |
| Owner | (REGISTRANT) JEEP CORPORATION CORPORATION NEVADA 27777 FRANKLIN RD. SOUTHFIELD MICHIGAN 48034 |
|  | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Prior Registrations | 0526175;1025450;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091001. |
| Renewal | 2ND RENEWAL 20091001 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**Int. Cl.: 25**

**U.S. Cl.: 39**

**Reg. No. 1,130,015**

# U.S. Patent and Trademark Office

Reg. Jan. 29, 1980

## TRADEMARK
### Principal Register

## JEEP

Jeep Corporation (Nevada corporation)
American Ctr.
27777 Franklin Rd.
Southfield, Mich. 48034

For: Clothing—Namely, Trousers, Jackets, Blazers, Rain Wear, Head Wear, T-Shirts, Sweat Suits, Warm-Up Suits, Sweaters, Coats, Gloves, Hoods, and Scarves —in Class 25. (U.S. Cl. 39).

First use Mar. 29, 1974; in commerce Mar. 29, 1974.

Owner of U.S. Reg. Nos. 526,175, 1,025,450 and others.

Ser. No. 179,494. Filed July 24, 1978.

CHARLES J. CONDRO, Examiner



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING-NAMELY, TROUSERS, JACKETS, [BLAZERS,] RAIN WEAR, HEAD WEAR, T-SHIRTS, SWEAT SUITS, WARM-UP SUITS, SWEATERS, COATS, GLOVES, [ HOODS, ] AND SCARVES. FIRST USE: 19740329. FIRST USE IN COMMERCE: 19740329 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73179494 |
| **Filing Date** | July 24, 1978 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **1130015** |
| **Registration Date** | January 29, 1980 |
| **Owner** | (REGISTRANT) JEEP CORPORATION CORPORATION NEVADA AMERICAN CENTER 27777 FRANKLIN RD. SOUTHFIELD MICHIGAN 48034<br><br>(LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | WILLIAM J. COUGHLIN |
| **Prior Registrations** | 0526175;1025450;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091207. |
| **Renewal** | 2ND RENEWAL 20091207 |

**Live/Dead Indicator**      LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,849,309**

## United States Patent and Trademark Office

Registered June 1, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## JEEP

DAIMLERCHRYSLER CORPORATION (DELA-
   WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

   FOR: FOOTWEAR, NAMELY, BOOTS, IN CLASS
25 (U.S. CLS. 22 AND 39).

   FIRST USE 8-25-2003; IN COMMERCE 8-25-2003.

OWNER OF U.S. REG. NOS. 1,081,322, 2,512,866,
AND OTHERS.

SN 78-135,481, FILED 6-13-2002.

TONJA GASKINS, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 025. US 022 039. G & S: FOOTWEAR, NAMELY, BOOTS. FIRST USE: 20030825. FIRST USE IN COMMERCE: 20030825 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78135481 |
| **Filing Date** | June 13, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 27, 2003 |
| **Registration Number** | **2849309** |
| **Registration Date** | June 1, 2004 |
| **Owner** | (REGISTRANT) DAIMLERCHRYSLER CORPORATION CORPORATION DELAWARE 1000 CHRYSLER DRIVE AUBURN HILLS MICHIGAN 48326 |
| | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1081322;1128972;1129553;1129828;1130015;1134153;1236540;2461861;2512866 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140326. |
| **Renewal** | 1ST RENEWAL 20140326 |
| **Live/Dead Indicator** | LIVE |

**Int. Cl.: 14**

**U.S. Cl.: 28**

Reg. No. 1,128,972

## U.S. Patent and Trademark Office

Reg. Jan. 8, 1980

## TRADEMARK
### Principal Register

## JEEP

Jeep Corporation (Nevada corporation)
American Ctr.
27777 Franklin Rd.
Southfield, Mich. 48034

For: Precious Metals and Their Alloys, Jewelry, Precious Stones, and Horological Instruments —in Class 14. (U.S. Cl. 28).

First use Mar. 29, 1974; in commerce Mar. 29, 1974.

Owner of U.S. Reg. Nos. 526,175,1,025,450 and others.

Ser. No. 180,533. Filed July 31, 1978.

CHARLES J. CONDRO, Examiner

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: [ PRECIOUS METALS AND THEIR ALLOYS, ] JEWELRY, [ PRECIOUS STONES, ] AND HOROLOGICAL INSTRUMENTS. FIRST USE: 19740329. FIRST USE IN COMMERCE: 19740329 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73180533 |
| **Filing Date** | July 31, 1978 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **1128972** |
| **Registration Date** | January 8, 1980 |
| **Owner** | (REGISTRANT) JEEP CORPORATION CORPORATION NEVADA AMERICAN CTR. 27777 FRANKLIN ROAD SOUTHFIELD MICHIGAN 48034 |
| | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | WILLIAM J. COUGHLIN |
| **Prior Registrations** | 0526175;1025450;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091015. |
| **Renewal** | 2ND RENEWAL 20091015 |
| **Live/Dead** | |

**Indicator**          LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,681,201

## United States Patent and Trademark Office

Registered Jan. 28, 2003

### TRADEMARK
### PRINCIPAL REGISTER

## JEEP

DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: WATCHES, CLOCKS, AND PARTS THERE-
FOR, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-0-1995; IN COMMERCE 9-0-1995.

OWNER OF U.S. REG. NOS. 1,128,972 AND
2,061,446.

SER. NO. 78-091,381, FILED 11-2-2001.

TONJA GASKINS, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: WATCHES, CLOCKS, AND PARTS THEREFOR. FIRST USE: 19950900. FIRST USE IN COMMERCE: 19950900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78091381 |
| **Filing Date** | November 2, 2001 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 5, 2002 |
| **Registration Number** | 2681201 |
| **Registration Date** | January 28, 2003 |
| **Owner** | (REGISTRANT) DAIMLERCHRYSLER CORPORATION CORPORATION DELAWARE 1000 CHRYSLER DRIVE AUBURN HILLS MICHIGAN 48326 |
| | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1128972;2061446 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20121105. |
| **Renewal** | 1ST RENEWAL 20121105 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

Exhibit G - Page 086

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,461,861
Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## JEEP

DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 483262766

FOR: EYEGLASSES AND SUNGLASSES, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-7-1998; IN COMMERCE 7-28-1999.

OWNER OF U.S. REG. NOS. 526,175, 2,355,138 AND
OTHERS.

SER. NO. 76-094,057, FILED 7-24-2000.

DOUGLAS LEE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

### JEEP

| | |
|---|---|
| **Word Mark** | JEEP |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: eyeglasses and sunglasses. FIRST USE: 19980707. FIRST USE IN COMMERCE: 19990728 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76094057 |
| **Filing Date** | July 24, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 27, 2001 |
| **Registration Number** | 2461861 |
| **Registration Date** | June 19, 2001 |
| **Owner** | (REGISTRANT) DaimlerChrysler Corporation CORPORATION DELAWARE CIMS 483-02-19 800 Chrysler Drive Auburn Hills MICHIGAN 48326

(LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | AMANDA L. CONTI-DUHAIME |
| **Prior Registrations** | 0526175;1081322;2355138;AND OTHERS |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20101130. |
| **Renewal** | 1ST RENEWAL 20101130 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 12

Prior U.S. Cl.: 19

**Reg. No. 1,170,088**

## United States Patent and Trademark Office

Registered Sep. 22, 1981

### TRADEMARK
#### Principal Register



Jeep Corporation (Nevada corporation)
American Center
27777 Franklin Rd.
Southfield, Mich. 48034

For: LAND VEHICLES, in CLASS 12 (U.S. Cl. 19).

First use 1941; in commerce 1941.

Ser. No. 213,756, filed Apr. 30, 1979.

J. C. DEMOS, Deputy Director

ROBERT SHEPHERD, Examiner



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 012. US 019. G & S: Land Vehicles. FIRST USE: 19410000. FIRST USE IN COMMERCE: 19410000. |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 18.05.01 - Cabs, taxi; Cars (not emergency); Hearses; Limousines; Race cars; Taxicabs<br>18.11.25 - Battery carrier trays for automobiles; Belts, safety, vehicle; Brakes (automobile); Car seats, baby; Clutches, vehicles; Gear shifts, vehicle; Grills (automobile); Head lights, vehicle; Hitches, (trailers); Horns (vehicular); Jacks (vehicle); Kick stands (bicycle); License plates; Lights, auto; Lights, bicycle; Mirrors, vehicle; Pedals (vehicular); Porthole; Racks, (automobile); Radiators, vehicle; Sails; Seat belts, vehicle; Stick shifts (automobile); Windshields (vehicular) |
| **Serial Number** | 73213756 |
| **Filing Date** | April 30, 1979 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 30, 1981 |
| **Registration Number** | 1170088 |
| **Registration Date** | September 22, 1981 |
| **Owner** | (REGISTRANT) Jeep Corporation CORPORATION NEVADA American Center 27777 Franklin Rd. Southfield MICHIGAN 48034<br><br>(LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ALEX S. FONOROFF |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20110811. |
| **Renewal** | 2ND RENEWAL 20110811 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY**

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,732,021
Registered July 1, 2003

## TRADEMARK
### PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: PARTS FOR MOTOR VEHICLES, NAMELY, GRILLES AND GRILLE APPLIQUES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 3-10-1986; IN COMMERCE 3-10-1986.

OWNER OF U.S. REG. NO. 1,433,760.

THE MARK CONSISTS OF THE THREE DIMEN-SIONAL CONFIGURATION OF THE FRONT GRILLE OF AN AUTOMOBILE, COMPRISING SE-VEN VERTICAL SLOTS WITH TWO RECTANGU-LAR HEADLIGHT OPENINGS AND TWO RECTANGULAR RUNNING LAMPS OR FOG LAMPS WHICH ARE SHOW FOR POSITION AND ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 78-088,810, FILED 10-17-2001.

WILLIAM BRECKENFELD, EXAMINING ATTOR-NEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: PARTS FOR MOTOR VEHICLES, NAMELY, GRILLES AND GRILLE APPLIQUES. FIRST USE: 19860310. FIRST USE IN COMMERCE: 19860310 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 18.05.01 - Cabs, taxi; Cars (not emergency); Hearses; Limousines; Race cars; Taxicabs 26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 78088810 |
| **Filing Date** | October 17, 2001 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 8, 2003 |
| **Registration Number** | **2732021** |
| **Registration Date** | July 1, 2003 |
| **Owner** | (REGISTRANT) DAIMLERCHRYSLER CORPORATION CORPORATION DELAWARE 1000 CHRYSLER DRIVE AUBURN HILLS MICHIGAN 48326 |
| | (LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Prior Registrations** | 1433760 |
| **Description of Mark** | The mark consists of the three dimensional configuration of the front grille of an automobile, comprising seven vertical slots with two rectangular headlight openings and two rectangular running lamps or fog lamps which are show for position and are not a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130508. |
| **Renewal** | 1ST RENEWAL 20130508 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit H - Page 095

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,161,779

Registered June 2, 1998

## TRADEMARK
### PRINCIPAL REGISTER



CHRYSLER   CORPORATION   (DELAWARE
CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 483262766

FOR: SPORT UTILITY VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).
FIRST   USE   1–1–1994;   IN   COMMERCE 1–1–1996.
OWNER OF U.S. REG. NOS. 1,170,088 AND 1,433,760.
THE   DASHED   LINES   ARE   MEANT   TO SHOW THE POSITION OF HEADLIGHTS AND ARE NOT A FEATURE OF THE MARK.

THE MARK CONSISTS OF A GRILL FOR A MOTOR VEHICLE COMPRISING SEVEN VER-TICAL SLOTS WITH TWO ROUND HEAD-LIGHTS. THE DASHED LINES ARE MEANT TO SHOW THE POSITION OF HEADLIGHTS AND ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 75–274,730, FILED 4–15–1997.

CHAD SMITH, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

| TESS Home | New User | Structured | Free Form | Browse Dict | Search OG | Bottom | Help |

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | Assign Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: sport utility vehicles. FIRST USE: 19940101. FIRST USE IN COMMERCE: 19960101 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 18.11.25 - Battery carrier trays for automobiles; Belts, safety, vehicle; Brakes (automobile); Car seats, baby; Clutches, vehicles; Gear shifts, vehicle; Grills (automobile); Head lights, vehicle; Hitches, (trailers); Horns (vehicular); Jacks (vehicle); Kick stands (bicycle); License plates; Lights, auto; Lights, bicycle; Mirrors, vehicle; Pedals (vehicular); Porthole; Racks, (automobile); Radiators, vehicle; Sails; Seat belts, vehicle; Stick shifts (automobile); Windshields (vehicular) |
| **Serial Number** | 75274730 |
| **Filing Date** | April 15, 1997 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 10, 1998 |
| **Registration Number** | **2161779** |
| **Registration Date** | June 2, 1998 |
| **Owner** | (REGISTRANT) CHRYSLER CORPORATION CORPORATION DELAWARE 1000 Chrysler Drive Auburn Hills MICHIGAN 483262766

(LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE CIMS 485-13-32 1000 Chrysler Drive AUBURN HILLS MICHIGAN 48326 |
| **Assignment** | |

| | |
|---|---|
| **Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1170088;1433760 |
| **Description of Mark** | The mark consists of a grill for a motor vehicle comprising seven vertical slots with two round headlights. The dashed lines are meant to show the position of headlights and are not a feature of the mark. The dashed lines are meant to show the position of headlights and are not a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180111. |
| **Renewal** | 2ND RENEWAL 20180111 |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

## United States Patent and Trademark Office

Reg. No. 2,794,553
Registered Dec. 16, 2003

## TRADEMARK
## PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLE PARTS, NAMELY, GRILLES AND GRILLE APPLIQUES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1996.

OWNER OF U.S. REG. NO. 2,161,779.

THE MARK CONSISTS OF THE THREE DIMEN-SIONAL CONFIGURATION OF THE FRONT GRILLE OF AN AUTOMOBILE, COMPRISING SE-VEN VERTICAL SLOTS WITH TWO ROUND HEAD-LIGHT OPENINGS WHICH ARE SHOWN FOR POSITION AND ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 78-088,816, FILED 10-17-2001.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 17 03:47:01 EDT 2018*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: MOTOR VEHICLE PARTS, NAMELY, GRILLES AND GRILLE APPLIQUES. FIRST USE: 19940101. FIRST USE IN COMMERCE: 19960101 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 18.05.01 - Cabs, taxi; Cars (not emergency); Hearses; Limousines; Race cars; Taxicabs<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 78088816 |
| **Filing Date** | October 17, 2001 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 23, 2003 |
| **Registration Number** | **2794553** |
| **Registration Date** | December 16, 2003 |
| **Owner** | (REGISTRANT) DAIMLERCHRYSLER CORPORATION CORPORATION DELAWARE 1000 CHRYSLER DRIVE AUBURN HILLS MICHIGAN 48326<br><br>(LAST LISTED OWNER) FCA US LLC LIMITED LIABILITY COMPANY DELAWARE 1000 CHRYSLER DRIVE CIMS 485-13-32 AUBURN HILLS MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior** | 2161779 |

**Registrations**

| | |
|---|---|
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the three dimensional configuration of the front grille of an automobile, comprising seven vertical slots with two round headlight openings which are shown for position and are not a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130926. |
| **Renewal** | 1ST RENEWAL 20130926 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



Exhibit I - Page 102

www.icebearatv.com
icebearatv12@gmail.com






**Date: April 5, 2018**

Dear Judith,

Thank you for informing us of the possible infringement on your client's registered trademark.

We'd like to explore the option of paying loyalty to your client so that we can continue to sell our current products. Please let us know if that is going to be an option.

We are a small operation here and we would not want to step on any trademark registration infringement. If the royalty is too much for us to afford, we will stop carrying this product line.

On a side note, I'd like to bring up to your attention that the reason we were not aware of any possible infringement is that a lot of companies have been selling similar products.

Here is one example.

https://www.coolster.com/GK-6125A-125cc-Semi-Automatic-3-Speed-Reverse-Go-Kart-Jeep-GK-6125A.htm



Also if you type in "mini jeep" in the following website: www.alibaba.com, there are a lot of

Exhibit K - Page 104

companies that would ship directly to the U.S.



Let us know what our options are or if there is an option.  If not, we will remove this product from our product line.

I will also urge you to look into the situation that I have pointed out above.

Thank you for your time to this matter.

Sincerely,

Wendy Yu
General Manager
909-823-2903