**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FCA US LLC,<br><br>               Plaintiff,<br><br>    vs.<br><br>WENDY YU, Individually and dba ICE BEAR ATV, PACIFIC RIM INTERNATIONAL WEST, INC., and DOES 1 through 10,<br><br>               Defendants. | **CASE NO.: 5:18-cv-2256-JAK (SPx)**<br><br>**CONSENT JUDGMENT AND FINAL ORDER**<br>**JS-6** |

THIS MATTER COMES before the Court for disposition by Consent, in response to the Complaint for trademark infringement, counterfeiting, dilution, and unfair competition. All named parties having consented, as evidenced by their respective endorsements below, and the Doe Defendants being dismissed, this Court hereby sets forth the following stipulated Findings of Fact and Conclusions of Law, followed by the Judgment and Final Order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

1.    Plaintiff FCA is a limited liability company organized under the laws of the State of Delaware, with its principal place of business at 1000 Chrysler Drive, Auburn

Hills, Michigan.  FCA is the owner of the Jeep® brand, Jeep trade dress, and grille design marks that are the subject of the Complaint in this matter.

2.      Defendant Wendy Yu is an individual who is a resident of this district, and is doing business as Ice Bear ATV at 10580 Mulberry Avenue, Fontana, California, 92337.

3.      Defendant Pacific Rim International West, Inc. ("Pacific Rim") is a corporation organized under the laws of the state of California with its principal place of business at 10580 Mulberry Avenue, Fontana, California, 92337.  Pacific Rim is also doing business as Ice Bear ATV.

4.      This Court has federal question jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338 and 1367(a).

5.      This Court has personal jurisdiction over the Defendants because each is a resident of this State, transacts business within this State, or has otherwise made or established  contacts with this State sufficient to permit the exercise of personal jurisdiction over it.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to FCA's claims occurred in this District, in that Defendants are marketing and selling the products that are the subject of this Action in this District.  Additionally, venue is proper in this District pursuant to 28 U.S.C. § 1400.

7.      For more than seventy years, FCA and its predecessors in interest have continuously manufactured, marketed, and sold automotive vehicles under the Jeep® brand name.  FCA and its predecessors have expended hundreds of millions of dollars promoting the Jeep® brand and have sold tens of millions of vehicles under the Jeep® brand name.

8.      Among the vehicles marketed under the Jeep® brand name are the Wrangler® vehicle and its predecessor, the CJ, which vehicles share a distinctive overall appearance that is known and recognized by the general consuming public.

This distinctive overall appearance, which has evolved over time but continues to create the same commercial impression, includes a boxy body design, a signature flat-appearing grille with elongated vertical slots and a keystone outline that curves around round headlamps on the upper part of the grille, trapezoidal front wheel wells with fenders or fender flares that extend beyond the front of the grille, a substantially flat hood that tapers to be narrower at the front with curved side edges, exterior hood latches, and door cutouts above a bottom portion of the side body panels (collectively, the "Jeep Trade Dress"). FCA has sold millions of Jeep® Wrangler® vehicles bearing the Jeep Trade Dress throughout the United States.

9. To enhance consumer recognition of the Jeep Trade Dress as associated with the Jeep® brand, FCA has expended hundreds of millions of dollars on marketing and advertising of its vehicles, including print, television, and online, that features the overall Jeep Trade Dress and its signature grille in conjunction with the Jeep® brand name.

10. In addition to marketing of its vehicles, FCA promotes the Jeep® brand, Jeep Trade Dress, and grille design marks through a wide variety of licensed merchandise that incorporates Jeep® CJ and Jeep® Wrangler® designs and stylizations of them, including ride-on toys and battery-powered go-karts, as well as clothing, jewelry, strollers, miniature vehicle replicas, decals, video games, key chains, tumblers, and mugs. As a result of FCA's licensing of the designs, consumers have become accustomed to expecting that non-automotive vehicle products, including vehicles that are not standard highway passenger vehicles, that bear the signature grille, the Jeep® brand name, and/or the Jeep Trade Dress are offered or authorized by FCA and the Jeep® brand.

11. In addition to its rights developed through its use of the Jeep® brand, Jeep Trade Dress, and grille designs, FCA owns federal trademark registrations with the United States Patent and Trademark Office for the Jeep® mark, the Jeep grille designs, and the Wrangler profile design.

12.     FCA's federal trademark registrations for the mark Jeep® include the following:

| Mark | Registration Number | Summary Description of Goods or Services | Date of First Use |
|---|---|---|---|
| Jeep | 526,175 | Automobiles, structural parts thereof | 2/05/1943 |
| Jeep | 1,081,322 | Automotive vehicle repairs and maintenance service | 1948 |
| Jeep | 1,129,553 | Booklets dealing with automobiles | 3/29/1974 |
| Jeep | 1,236,540 | Toys – namely model replicas of land vehicles | 1979 |
| Jeep | 2,586,284 | Infant and toddler strollers | 2/28/2001 |
| Jeep | 2,729,404 | Sleeping bags | 8/1/2002 |
| Jeep | 2,635,685 | Tents | 6/7/2002 |
| Jeep | 1,134,153 | Small domestic utensils and containers | 3/29/1974 |
| Jeep | 1,129,828 | Knives | 3/29/1974 |
| Jeep | 1,130,015 | Clothing | 3/29/1974 |
| Jeep | 2,849,309 | Boots | 8/25/2003 |
| Jeep | 1,128,972 | Jewelry | 3/29/1974 |
| Jeep | 2,681,201 | Watches | 9/1995 |
| Jeep | 2,461,861 | Eyeglasses and sunglasses | 7/7/1998 |

13.     FCA's federal trademark registrations for its grille designs include the following:

| Mark | Registration Number | Summary Description of Goods or Services | Date of First Use |
|---|---|---|---|
|  | 1,170,088 | Cabs, taxi; Cars (not emergency); Hearses; Limousines; Race cars; Taxicabs | 1941 |
|  | 2,732,021 | Parts for motor vehicles, namely grilles and grille appliqués | 3/10/1986 |

| Mark | Registration Number | Summary Description of Goods or Services | Date of First Use |
| --- | --- | --- | --- |
|  | 2,161,779 | Sports utility vehicles | 1/01/1996 |
|  | 2,794,553 | Motor vehicle parts, namely grilles and grille appliqués | 1/01/1996 |

(collectively, the "Grille Design Marks").

14. FCA owns the following federal trademark registrations for the Wrangler profile design:

| Mark | Registration Number | Summary Description of Goods or Services | Date of First Use |
| --- | --- | --- | --- |
|  | 4,272,873 | Motor vehicles, namely, passenger automobiles, their structural parts, trim and badges. | 5/2012 |

15. Because affidavits have been filed under 15 U.S.C. §§ 1058 and 1065 for the foregoing registrations, all of the registrations are incontestable and constitute conclusive proof of the validity of the covered marks.

16. Because of FCA's longstanding exclusive use and promotion of the Jeep Trade Dress and the Jeep® Mark, Wrangler Profile Design Mark and Grille Design Marks, members of the public throughout the United States recognize the Trade Dress and the Jeep, Wrangler Profile Design, and Grille Design Marks as designations of source of FCA's goods, and the marks and trade dress are famous among the general consuming public of the United States.

17.     Defendants have marketed and sold Jeep® Wrangler® replica off-road vehicles that display the Jeep Trade Dress, FCA's Grille Design Marks, and Wrangler Profile Design or confusingly similar imitations of them.

18.     Defendants have utilized FCA's Jeep® mark in connection with marketing their vehicles.

19.     FCA has not authorized Defendants to use the Jeep Mark, Grille Design Marks, Wrangler Profile Design Mark, or the Jeep Trade Dress in connection with Defendants' products.

20.     Defendants' use of FCA's Jeep® Mark, Grille Design Marks, Wrangler Profile Design Mark, and Jeep Trade Dress and confusingly similar imitations of them is likely to cause consumer confusion and mistake as to an association between the Jeep brand and Defendants or their vehicles, and is likely to cause dilution of FCA's famous marks, in violation of 15 U.S.C. § 1114 and 15 U.S.C. § 1125, entitling FCA to injunctive relief.

21.     The named parties to this suit have reached a settlement which is embodied in a separate Settlement Agreement.  By way of this Consent Judgment, and the Settlement Agreement, all pending claims in this cause of action between the parties are fully and finally in all things resolved.

22.     The parties stipulate for purposes of enforcement of this Consent Judgment, and the Settlement Agreement, that personal jurisdiction and venue are found in the United States District Court for the Central District of California for purposes of the enforcement of the same.  Should any action be required by FCA to enforce this Consent Judgment, or the Settlement Agreement, reasonable attorneys' fees and costs associated with the enforcement proceedings shall be awarded to FCA.

23.     Having identified no other defendants, the parties further stipulate that the Complaint shall be dismissed without prejudice as to Does 1 through 10.

**CONSENT JUDGMENT AND FINAL ORDER**

It is therefore, hereby ORDERED, ADJUDGED, and DECREED:

1.      That Defendants Yu and Pacific Rim International West, Inc., their officers, partners, managers, agents, employees, parents, subsidiaries and all persons, natural or corporate, in active concert or participation with Defendants, be permanently enjoined and restrained from:

(a)      Imitating, copying, reproducing, displaying or using in any way FCA's Jeep mark, Jeep Grille Design Marks, Wrangler Profile Design Mark, or Jeep Trade Dress on, or in connection with marketing or selling of, any products;

(b)      using any trademark, service mark, design, or other name or designation that is confusingly similar to any of FCA's Jeep Mark, Jeep Grille Design Marks, Wrangler Profile Design Mark, or Jeep Trade Dress; and

(c)      using any trademark, service mark, design, or other name or designation that is likely to dilute the distinctiveness of any of FCA's Jeep Mark, Jeep Grille Design Marks, Wrangler Profile Design Mark, or Jeep Trade Dress.

2.      Defendants Yu and Pacific Rim International West, Inc. shall require and guarantee that their agents, officers, directors, shareholders, managers, representatives, parents, subsidiaries and related entities shall comply with all terms of this Consent Judgment the same as if they were parties hereto.  This Consent Judgment and Final Order shall be binding on and inure to the benefit of the parties' respective heirs, successors, and assigns.

3.      In the event that Defendants violate any of the terms of this Consent Judgment and Final Order, FCA shall be entitled to, in addition to all other remedies to which FCA may be entitled.  FCA shall be entitled to obtain an order for specific performance and/or injunctive relief, without posting of a bond, and to recover from Defendants its expenses, including attorneys' fees, associated with obtaining enforcement of this Consent Judgment and Final Order.

4.      This Consent Judgment and Final Order shall in all respects be interpreted, enforced and governed under the laws of the State of California.  This Court shall retain

jurisdiction of this matter and over the named Defendants for purposes of enforcement of this Consent Judgment and Final Order.

      5.     The Complaint is hereby dismissed as to Does 1 through 10.

    IT IS SO ORDERED.

Dated: March 18, 2019

                                  _____
                                    JOHN A. KRONSTADT
                                    UNITED STATES DISTRICT JUDGE